# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of KENTUCKY

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 OCT 19 PM 2:33

Case Number: 3:10-CV-632-C

Plaintiff:
**ROBERT CAIN**

vs.

Defendant:
**AMERICAN HOME MORTGAGE SERVICING**

For:
ROBERT & DONNA CAIN
3155 Old Mill Rd.
Brandenburg, KY 40108

Received by ABC PROCESS SERVICE on the 6th day of October, 2010 at 1:18 pm to be served on **AMERICAN HOME MORTGAGE SERVICING, INC., CT CORPORATION SYSTEM, 350 N. ST. PAUL ST., STE. 2900, DALLAS, TX 75201**.

I, Arthur Cirillo, being duly sworn, depose and say that on the **7th day of October, 2010 at 10:40 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS, PETITION FOR TEMPORARY INJUNCTION, ORIGINAL PETITION AND VERIFICATION** with the date and hour of service endorsed thereon by me, to: **MARIE GONZALEZ** as **PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS** for **AMERICAN HOME MORTGAGE SERVICING, INC.**, at the address of: **CT CORPORATION SYSTEM, 350 N. ST. PAUL ST., STE. 2900, DALLAS, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the Judicial Circuit in which the process was served.

Subscribed and Sworn to before me on the 13th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

NATALIE PALMER
Notary Public, State of Texas
My Commission Expires
12/23/2013

Arthur Cirillo
Process Server SCH000000331

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2010002839
Ref: 3:10-CV-632-C

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e