**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| **ROBERT CAIN,** | : | Case No. 3:10-CV-632-JBC |
| | : | |
| Plaintiff, | : | Judge Jennifer B. Coffman |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **DEFENDANT AMERICAN HOME** |
| **SERVICING,** | : | **MORTGAGE SERVICING, INC.'S** |
| | : | **MOTION TO DISMISS PLAINTIFF'S** |
| | : | **ORIGINAL PETITION** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant American Home Mortgage Servicing, Inc. ("AHMSI") moves this Court for an order dismissing Plaintiff Robert Cain's ("Plaintiff") Original Petition (hereinafter referred to as the "Complaint") on the basis that it fails to state a claim upon which relief can be granted. This Motion is supported by the following Memorandum In Support. A proposed order is also attached hereto.

                                                                          Respectfully submitted,

                                                                          */s/ Jeremy S. Rogers*
                                                                           Jeremy S. Rogers
                                                                          D INSMORE & SHOHL LLP
                                                                          500 West Jefferson Street
                                                                          1400 PNC Plaza
                                                                          Louisville, Kentucky 40202
                                                                          Phone: (502) 540-2300
                                                                          Fax:    (502) 585-2207
                                                                          Email: jeremy.rogers@dinslaw.com

                                                                          **Attorneys for Defendant**
                                                                          **American Home Mortgage Servicing, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF filing system and ordinary mail, this 27th day of October, 2010, upon the following:

Robert Cain
3155 Old Mill Road
Brandenburg, Kentucky 40108
Email: rm1cain@gmail.com

**Pro Se Plaintiff**

                                            */s/ Jeremy S. Rogers*