# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
### ELECTRONICALLY FILED

| | | |
|---|---|---|
| **ROBERT CAIN,** | : | Case No. 3:10-CV-632-JBC |
| | : | |
| Plaintiff, | : | Judge Jennifer B. Coffman |
| | : | |
| **v.** | : | |
| | : | |
| **AMERICAN HOME MORTGAGE SERVICING,** | : | **ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION** |
| Defendant. | : | |

This matter is before the Court on the Motion of Defendant American Home Mortgage Servicing, Inc. ("AHMSI") to Dismiss Plaintiff Robert Cain's ("Plaintiff") Original Petition. The Court having considered the pleadings, the briefs, and the arguments of the parties, finds AHMSI's Motion to be well-taken. Specifically, Plaintiff has failed to plead a plausible claim against AHMSI upon which relief can be granted by this Court.

Accordingly, AHMSI's Motion to Dismiss is hereby GRANTED Plaintiff's Original Petition is hereby DISMISSED WITH PREJUDICE in its entirety.

SO ORDERED.

_____   _____
Date                              Judge Coffman

811421v1