UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 10-632-C

ROBERT CAIN,                                                                                    PLAINTIFF,

V.                                            JUDGMENT

AMERICAN HOME MORTGAGE SERVICING,                              DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

Having granted the defendant's motion to dismiss, the court enters judgment in favor of the defendant.

This is a **FINAL** and **APPEALABLE** order, and no just cause for delay exists.


Signed on  November 30, 2010

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**